UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JUNE BENNETT, JOCELYN MCCALLA
and JUAN VILLALON,

                Plaintiffs,

-against-

KINGSBRIDGE HEIGHTS
REHABILITATION CARE CENTER,

                Defendant.

INDEX NO. 07 CV 9456

**STATEMENT PURSUANT TO RULE 7.1**

------------------------------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Kingsbridge Heights Care Center, Inc., d/b/a Kingsbridge Heights Rehabilitation and Care Center (the "Center") in the above-captioned matter certifies that the Center does not have corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       December 14, 2007

                                          Respectfully submitted,

                                          McDERMOTT WILL & EMERY LLP

                                          By: _____
                                                Joel E. Cohen (JEC 5312)
                                                Nadine M. Gomes Williams (NW 3319)

                                          340 Madison Avenue
                                          New York, New York 10017
                                          (212) 547-5400

                                          Attorneys for Defendant
                                          Kingsbridge Heights Rehabilitation Care Center