UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUNE BENNETT, JOCELYN McCALLA and JUAN
VILLALON,

      Plaintiffs,

   -against-

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER,

      Defendant.
------------------------------------------------------------X

Index No.: 07 CIV 9456 (LAK)

STIPULATION
TO EXTEND DEFENDANT'S
TIME TO RESPOND



  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that defendant Kingsbridge Heights Rehabilitation Care Center's time to answer, move or otherwise respond to the Complaint filed in the above-referenced matter, which date was originally on or about December 3, 2007, is extended through and including December 14, 2007. A fully executed copy of this stipulation will have the same force and effect as the original and may be filed with the Court without further notice.

Dated: New York, New York
   November 29, 2007

FRANK & ASSOCIATES, P.C.

By: _____
  Neil M. Frank, Esq.
  Pamela J. Eisner, Esq.

500 Bi-County Boulevard, Suite 112N
Farmingdale, New York 11735
(631) 756-0400

*Attorneys for Plaintiffs*

MCDERMOTT WILL & EMERY LLP

By: _____
  Joel E. Cohen
  Nadine M. Gomes Williams

340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Attorneys for Defendant*
Kingsbridge Heights Rehabilitation Care
Center

So Ordered
_____
U.S.D.J.
12/14/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07