

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JUNE BENNETT, JOCELYN MCCALLA, and
JUAN VILLALON,

    Index No.: 07-cv-9456
    (LAK)(DFE)

        Plaintiff,

    STIPULATION AND ORDER
  --against--    ADJOURNING PLAINTIFFS'
    TIME TO MOVE TO AMEND
KINGSBRIDGE HEIGHTS REHABILITATION    THE COMPLAINT
CARE CENTER,

        Defendants.
----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the respective attorneys for Plaintiffs June Bennett, Jocelyn McCalla, and Juan Villalon ("Plaintiffs") and Defendant Kingsbridge Heights Rehabilitation Care Center ("Defendant"), that the time for Plaintiffs to Move for Leave to Amend the Complaint be extended from February 15, 2008 through and including February 25, 2008.

    IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and a fax shall be sufficient for all purposes.

FRANK & ASSOCIATES, P.C.    MCDERMOTT WILL & EMERY
Attorneys for Plaintiffs    Attorneys for Defendant

By: /s/ Pamela J. Eisner    By: /s/
Neil M. Frank, Esq.    Joel E. Cohen, Esq.
Pamela J. Eisner, Esq.    Nadine M. Gomes Williams, Esq.
500 Bi-County Blvd., Suite 112N    340 Madison Avenue
Farmingdale, New York 11735    New York, New York 10173
Tel: (631) 756-0400    Tel: (212) 547-5763
Dated: February 12, 2008    Dated: February 12, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
2/14/08