## AFFIRMATION OF SERVICE

Pamela J. Eisner, an attorney duly admitted to practice law in the State of New York, affirms the following under penalties of perjury: I hereby affirm that I caused to be served a true and correct copy of the attached Notice of Motion for Leave to Amend the Complaint, Affirmation of Pamela J. Eisner in Support of Plaintiffs' Motion to for Leave to Amend the Complaint and Memorandum of Law in Support of Plaintiffs' Motion for Leave to Amend the Complaint, *via first class mail*, on this 25th day of February, 2008, upon:

> **Joel E. Cohen, Esq.**
> **Nadine M. Gomes Williams, Esq.**
> **McDermott Will & Emery**
> **Attorneys for Defendants**
> **340 Madison Avenue**
> **New York, New York 10173-1922**

I affirm that the foregoing statements are true, under penalty of perjury.

Dated: Farmingdale, New York
February 25, 2008

*Pamela J. Eisner*
Pamela J. Eisner, Esq.