UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUNE BENNETT, et al.,

                Plaintiffs,

    -against-                                  07 Civ. 9456 (LAK)

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs' motion for leave to serve and file an amended complaint is granted.

        SO ORDERED.

Dated:      March 10, 2008

                                                  Lewis A. Kaplan
                                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08