# EXHIBIT A



UNITED STATES GOVERNMENT
# NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL

Washington, D.C.   20570

January 19, 2007

Re: Kingsbridge Heights Rehabilitation
and Care Center
Case Nos. 2-CA-37701
2-CA-37802

Hanan B. Kolko, Esq.
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018

Dear Mr. Kolko:

Your appeal from the Regional Director's refusal to issue complaint has been carefully considered. The appeal is denied.

A review of the evidence failed to establish that the Employer discharged June Bennett, Joyclyn McCalla, Angela Hiatt or Juan Villalon because of their union activities, rather than for the legitimate business reasons advanced by the Kingsbridge Heights Rehabilitation & Care Center. Similarly, the evidence failed to establish that the Employer disciplined Sherlock Steward because of his union activities, rather than for the reason advanced by the Employer. The evidence established that the Employer would have proceeded with the terminations and discipline even in the absence of protected activities under the National Labor Relations Act. *Wright Line, Inc.*, 251 NLRB 1083 (1980), *enf'd* 662 F.2d 899 (1st Cir. 1981), *cert denied* 455 U.S. 989 (1982). In this regard, it was noted that the Employer possessed corroborating evidence on which it acted before proceeding with the terminations. Accordingly, further proceedings herein were deemed unwarranted.

Sincerely,

Ronald Meisburg
General Counsel

By _____
Yvonne T. Dixon, Director
Office of Appeals

Case Nos. 2-CA-37701, et al.                                                    -2

cc:  Director, Region 2

    Ms. Helen Sieger                                    Mr. Jay Sackman
    Kingsbridge Heights Rehabilitation                  1199 SEIU, United Health Care
      and Care Center                                Workers East
    3400 Cannon Place                                   330 West 42nd Street
    Bronx, NY  10463                                    New York, NY  10036

    Joel Cohen, Esq.
    McDermott, Will & Emery
    50 Rockefeller Plaza, 11th Floor
    New York, NY  10020

trs