## CERTIFICATE OF SERVICE

Robert J. Candella, pursuant to 28USC§1746, certifies that I served the accompanying Affidavit of Joel E. Cohen, Esq. and Defendant's Memo. of Law in Opposition to Plaintiffs' Motion for Leave to Amend the Complaint upon Pamela J. Eisner, Esq., Frank & Associates, 500 Bi-Cent. Blvd, Farmingdale, NY 11735 by Fedex Express on March 13, 2008.