# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Nadine M. Gomes Williams
Associate
ngwilliams@mwe.com
212.547.5763

**MEMO ENDORSED**

March 10, 2008

**BY HAND DELIVERY**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

Re:    **June Bennett, et al v. Kingsbridge Heights Rehabilitation Care Center, 07 cv 09456**

Dear Judge Kaplan:

This firm represents defendant Kingsbridge Heights Rehabilitation Care Center ("Defendant") in the above-referenced matter. Per the suggestion of Your Honor's assistant, we respectfully write to bring to Your Honor's attention that the Court's grant of Plaintiffs' Motion to Amend the Complaint ("Motion") is in error.

More specifically, we write because it appears that on March 10, 2008, the Court granted Plaintiffs' Motion without considering Defendant's memorandum in opposition likely due to a miscalculation of Defendant's time to oppose the Motion. On February 25, 2008, Plaintiffs served their Motion *via first class mail*. (See Certificate of Service attached hereto). Accordingly, pursuant to Local Rule 6.1(b) "any opposing affidavits and answering memoranda shall be served within ten business days after service if the moving papers." Further, under FRCP 6(e) three days are added to Defendant's time to oppose Plaintiffs' Motion because Plaintiffs served their moving papers by mail. Thus, Defendant's opposition papers are due to the Court on March 13th.

Given the forgoing calculation of time and the fact that Defendant's are finalizing its opposition papers and will oppose Plaintiffs' motion and file such papers on March 13th, we respectfully request that Your Honor withdraw the Order granting Plaintiff's Motion until such time that Defendant's objections to the Motion may be heard.

Thank you for your consideration of this matter.

Respectfully submitted,

Nadine M. Gomes Williams

Enclosure

cc:    Pamela J Eisner, Esq. (*Via Email*)

NYK 1150560-1.057806.0010

U.S. practice conducted through McDermott Will & Emery LLP.

340 Madison Avenue New York, New York 10173-1922 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com

*[Handwritten endorsement:]* I treat this as a motion for reconsideration, grant reconsideration, to take account of the memorandum and related papers, and, on reconsideration, adhere to my original decision. SO ORDERED.

LEWIS A. KAPLAN, USDJ    3/17/08