UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUNE BENNETT, JOCELYN MCCALLA
and JUAN VILLALON,

        Plaintiffs,

    -against-

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER,

        Defendant.
------------------------------------------------------------x

07 CV 9456 (LAK)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, between the undersigned, that the firm of Jasinski and Williams P.C. shall be, and hereby is, substituted as counsel for defendant Kingsbridge Heights Rehabilitation Care Center in place of the firm of McDermott Will & Emery LLP.

Dated: March 19, 2008
      New York, New York

Withdrawing Attorney:

McDERMOTT WILL & EMERY LLP

Joel E. Cohen
340 Madison Avenue
New York, New York 10173
(212) 547-5400

Superseding Attorney:

JASINSKI & WILLIAMS, P.C.

David F. Jasinski
Ten Park Place, 8th Floor
Newark, New Jersey 07102
(973) 824-9700

SO ORDERED:

The Honorable Lewis Kaplan, U.S.D.J.

3/31/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08