UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNE BENNETT, JOCELYN McCALLA and JUAN VILLALON,<br><br>            *Plaintiffs*,<br>v.<br><br>KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER,<br>            *Defendant*. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No.: 07-CV-9456 (LAK) |

To the Clerk of this Court and all parties of record:

Notice is hereby given of the entry of the undersigned, duly admitted to practice in this Court, as lead counsel and attorney to be noticed for Defendant Kingsbridge Heights Rehabilitation Care Center in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Alexander Tovitz, Esq.
> Jasinski and Williams, P.C.
> Ten Park Place, 8th Floor
> Newark, New Jersey 07102
> T: 973-824-9700
> F: 973-824-6061
> alext@jplawfirm.com

Dated: April 3, 2008

*/s/ Alexander Tovitz*
ALEXANDER TOVITZ, ESQ. (AT 7834)

JASINSKI AND WILLIAMS, P.C.
*Attorneys for Defendant*
Ten Park Place, 8th Floor
Newark, New Jersey  07102
T: (973) 824-9700
F: (973) 824-6061