UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNE BENNETT, JOCELYN McCALLA and JUAN VILLALON,<br><br>                       *Plaintiffs,*<br>v.<br><br>KINGSBRIDGE HEIGHTS REHABILITATION CARE CENTER,<br>                       *Defendant.* | **CERTIFICATION OF FILING AND SERVICE**<br><br>Case No.: 07-CV-9456 (LAK) |

Alexander Tovitz, hereby certifies as follows:

1. I am an attorney admitted to practice in the state of New York and associated with the firm of Jasinski and Williams, P.C., attorneys for Defendant Kingsbridge Heights Rehabilitation Care Center ("Defendant") in this matter.

2. On April 3, 2008, I caused to be filed with the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, New York, NY 10007 Defendant's Notice of Appearance of Counsel and Certification of Filing and Service via Electronic Court Filing.

3. On April 3, 2008, I caused a copy of each of the above documents to be served on Pamela Jae Eisner, Esq., and Neil Michael Frank, attorneys for Plaintiffs at Frank & Associates, P.C., 500 Bi-County Boulevard, Suite 112N, Farmingdale, NY 11735 via Electronic Court Filing.

4. On April 3, 2008, I caused a courtesy copy of each of the above documents to be served on Nadine Marie Gomes Williams, Esq., prior counsel for Defendant at McDermott, Will & Emery, LLP, 340 Madison Avenue, New York, NY 10017 via Regular Mail.

\* \* \*

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 3, 2008

*/S/ Alexander Tovitz*
ALEXANDER TOVITZ, ESQ. (AT 7834)

JASINSKI AND WILLIAMS, P.C.
*Attorneys for Defendant*
Ten Park Place, 8th Floor
Newark, New Jersey  07102
T: (973) 824-9700
F: (973) 824-6061