UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
JUNE BENNETT, JOCELYN MCCALLA and
JUAN VILLALON,

       - Plaintiffs,

    - against -

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER

       - Defendant
------------------------------------------------------------

07-CV-9456 (LAK)

NOTICE OF APPEARANCE

(Document Electronically filed)

To the Clerk of this Court and all parties of record:

     Notice is hereby given of the entry of the undersigned, duly admitted to practice in this Court, as lead counsel and attorney to be noticed for Defendant Kingsbridge Heights Care Center, Inc., incorrectly sued herein as "Kingsbridge Heights Rehabilitation Care Center" in the above–entitled action. Pursuant to F.R.C.P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

       Paul M. Sod
       337R Central Avenue
       Lawrence, New York 11559
       T: (516) 295-0707
       F: (516) 295-0722
       paulmsod@gmail.com

Dated: Lawrence, New York
       April 15, 2008

                             __s/ Paul M. Sod_____
                             Paul M. Sod (PS-9170)
                             337R Central Avenue
                             Lawrence, New York 11559
                             T: (516) 295-0707
                             F: (516) 295-0722