UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
JUNE BENNETT, JOCELYN MCCALLA and
JUAN VILLALON,

       - Plaintiffs,

    - against -

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER

       - Defendant
-----------------------------------------------------------

07-CV-9456 (LAK)

AFFIRMATION OF SERVICE

(Document Electronically filed)

       I, the undersigned attorney at law, affirm under penalties of perjury that on this date, I served the undersigned's Notice of Appearance on the attorneys below listed by ECM and by fax:

TO:   Frank & Associates, P.C.
       Attorneys for Plaintiffs
       500 Bi-County Boulevard, Suite 112N
       Farmingdale, NY 11735
       Fax (631) 756-0547

       Jasinski & Williams
       Ten Park Place
       Newark, NJ 07102
       Fax (973) 824-6061

and further served a copy of the within by email on the defendant Kingsbridge Heights Care Center, Inc., sued herein as Kingsbridge Heights Rehabilitation Care Center, at chayiesieger@yahool.com.

                                            *s/Paul M. Sod*
                                            PAUL M. SOD

Affirmed to be true this
April 15, 2008