KAPLAN 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————x Docket No.: 07-CV-09456-LAK
BENNETT et al,

          Plaintiff,

                                              STIPULATION

-against-

KINGSBRIDGE HEIGHTS CARE CENTER,

          Defendant(s).
———————————————————x

**RECEIVED APR 17 2008 JUDGE KAPLAN'S CHAMBERS**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the parties to this lawsuit through counsel for the plaintiffs, Frank & Associates, P.C., 500 Bi-County Boulevard, Suite 112N, Farmingdale, New York 11735 and Paul M. Sod, 337R Central Avenue, Lawrence, NY 11559, general counsel for the defendant, Kingsbridge Heights Care Center, Inc., Paul M. Sod, 337R Central Avenue, Lawrence, New York 11559 as follows:

1. Defendant's time to answer the Amended Answer is extended to May 12, 2008.

2. The time for responses for all pending discovery requests shall be extended thirty (30) days.

3. The closing date for all fact discovery shall be extended to August 15, 2008.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

APR-14-2008  14:24        SOD MERNICK KEILSON LAW              15162958722     P.04

Dated: Lawrence, New York
       April 14, 2008

By: _____        By: _____
    Frank & Associates, P.C.             Paul M. Sod, Esq.
    Attorneys for Plaintiffs             Attorney for Kingsbridge Heights Care Center, Inc.
    500 Bi-County Boulevard, Ste. 112N   337R Central Avenue
    Farmingdale, NY 11735                Lawrence, New York 11559
    (631) 756-0400                       (516) 295-3575


SO ORDERED:

_____
        UDS

4/17/06

TOTAL P.04