UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JUNE BENNETT, JOCELYN McCALLA
and JUAN VILLALON

        - Plaintiff,

        - against -

KINGSBRIDGE HEIGHTS CARE CENTER, INC.

        - Defendant
----------------------------------------X

07-CV-09456-LAK

AFFIRMATION OF SERVICE

(Document Electronically filed)

I, the undersigned attorney at law, affirm under penalties of perjury that on this date, I served the undersigned's DEFENDANT'S ANSWER TO AMENDED COMPLAINT on the attorneys below listed by regular mail and ECF within the Southern District of New York:

TO: FRANK & ASSOCIATES, P.C.
Neil Frank, Esq. (NF-0521)
Pamela J. Eisner, Esq. (PE-5678)
500 Bi-County Blvd., Suite 112N
Farmingdale, NY 11735
T. 631-756-0400

Affirmed to be true this
May 9, 2008

PAUL M. SOD