UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUNE BENNETT, JOCELYIN MCCALLA and
JUAN VILLALON,   07-CV-09456

              Plaintiffs,   **STIPULATION**

   -against-

KINGSBRIDGE HEIGHTS REHABILITATION
CARE CENTER,

              Defendant.
------------------------------------------------------------X

     A telephonic meeting of the parties by their respective attorneys was held on July 30, 2008, and attended by Peter A. Romero, Esq., of the law firm Frank & Associates, P.C., attorneys for Plaintiffs herein, and Defendant's counsel, Paul M. Sod, Esq., at which the parties stipulated and agreed to the following amended discovery plan:

     1.    All discovery shall be completed by November 3, 2008.

     2.    Service of summary judgment motions shall be made by December 3, 2008.

     3.    The parties shall file a Joint Pre-Trial Order, proposed jury instructions and requested voir dire questions and shall be ready for trial by December 3, 2008.

Dated: July 30, 2008

| | |
|---|---|
| **FRANK & ASSOCIATES, P.C.**<br>*Attorneys for Plaintiffs* | **PAUL M. SOD, ESQ.**<br>*Attorney for Defendant* |
| _____<br>Peter A. Romero, Esq.<br>500 Bi-County Blvd., 112N<br>Farmingdale, New York 11735<br>(631) 756-0400<br>(631) 756-0400 fax | _____<br>Paul M. Sod, Esq.<br>337 R Central Avenue<br>Lawrence, New York 11559<br>(516) 295-0707<br>(516) 295-0722 fax |